IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

RODNEY HARRELL,

    Plaintiff,

v.                                                                                                                                       No. 1:25-cv-01155-JDB-jay

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.; and
CAPITAL ONE BANK (USA) N.A.,

    Defendants.

---

ORDER ADOPTING REPORT AND RECOMMENDATION

---

Before the Court are the motion of Plaintiff, Rodney Harrell, proceeding pro se, for summary judgment, (Docket Entry ("D.E.") 9), and the motion of Defendant, Experian Information Solutions, Inc. ("Experian"), to deny or defer ruling on the motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(d). (D.E. 10.)

By Administrative Order, this matter was referred to the United States magistrate judge for management of all pretrial matters and for determination and/or report and recommendation. Admin. Order 2013-05. After reviewing the motions, Magistrate Judge Jon A. York recommended that Experian's motion be granted and Plaintiff's motion be denied without prejudice. (D.E. 11 at PageID 64.) At the end of the Report and Recommendation, Judge York notified the parties that, if they disagreed with the recommendation, they were required to file an objection within fourteen days. (*Id.*) He added that "failure to file objections within fourteen (14) days may constitute a waiver and/or forfeiture of objections, exceptions, and further appeal." (*Id.* (emphasis omitted)).

No party has objected to the Magistrate Judge's report and recommendation, and the time for doing so has expired. Consequently, each party has forfeited their objections to the report and recommendation. *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996)). Accordingly, upon review of the record, the report and recommendation (D.E. 11) is ADOPTED, Plaintiff's motion for summary judgment (D.E. 9) is DENIED WITHOUT PREJUDICE, and Experian's motion to deny the motion for summary judgment (D.E. 10) is GRANTED.

IT IS SO ORDERED this 21st day of November 2025.

s/ J. DANIEL BREEN<br>UNITED STATES DISTRICT JUDGE